DAVID T. PRITIKIN (*PRO HAC VICE PENDING*)
dpritikin@sidley.com
PETER H. KANG (SBN 158101)
pkang@sidley.com
PAUL D. TRIPODI II (SBN 162380)
ptripodi@sidley.com
THEODORE W. CHANDLER (SBN 219456)
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: 415-772-1200
Facsimile: 415-772-7400

Attorneys for Plaintiff
LG Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUANTA COMPUTER, INC., and QUANTA COMPUTER USA, INC. <br><br> Defendants. | Case No. 08 3407 <br><br> **PLAINTIFF LG ELECTRONICS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

PLAINTIFF LG ELECTRONICS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

1   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff LG Electronics, Inc.
2   ("LGE"), hereby states as follows:
3       1. LGE is a corporation organized and existing under the laws of the Republic of Korea.
4       2. LGE is owned in part by LG Corp., a publicly held Korean corporation and Korean
5   holding company.
6       3. More than ten percent of LGE's stock is owned by LG Corp.

Dated: July 15, 2008

SIDLEY AUSTIN LLP

PETER H. KANG (SBN 158101)
pkang@sidley.com

DAVID T. PRITIKIN (*PRO HAC VICE PENDING*)
dpritikin@sidley.com
PETER H. KANG (SBN 158101)
pkang@sidley.com
PAUL D. TRIPODI II (SBN 162380)
ptripodi@sidley.com
THEODORE W. CHANDLER (SBN 219456)
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone:    415-772-1200
Facsimile:    415-772-7400

*Counsel for Plaintiff LG Electronics, Inc.*

-1-
PLAINTIFF LG ELECTRONICS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT