1  DAVID T. PRITIKIN (*PRO HAC VICE PENDING*)
   dpritikin@sidley.com
2  PETER H. KANG (SBN 158101)
   pkang@sidley.com
3  PAUL D. TRIPODI II (SBN 162380)
   ptripodi@sidley.com
4  THEODORE W. CHANDLER (SBN 219456)
   tchandler@sidley.com
5  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
6  San Francisco, CA 94104-1715
   Telephone:    415-772-1200
7  Facsimile:    415-772-7400

8  Attorneys for Plaintiff
   LG Electronics, Inc.

ORIGINAL FILED
2008 JUL 15 P 2: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG ELECTRONICS, INC., | Case No. 08 3407 JL |
| Plaintiff, | |
| v. | PLAINTIFF LG ELECTRONICS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 |
| QUANTA COMPUTER, INC., and QUANTA COMPUTER USA, INC. | |
| Defendants. | |

PLAINTIFF LG ELECTRONICS, INC.'S CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

LG Electronics, Inc. (LGE) is a corporation organized and existing under the laws of the Republic of Korea. LGE is owned in part by LG Corp., a publicly held Korean corporation and Korean holding company. More than ten percent of LGE's stock is owned by LG Corp.

Dated: July 15, 2008

SIDLEY AUSTIN LLP

PETER H. KANG (SBN 158101)
pkang@sidley.com

DAVID T. PRITIKIN (*PRO HAC VICE PENDING*)
dpritikin@sidley.com
PETER H. KANG (SBN 158101)
pkang@sidley.com
PAUL D. TRIPODI II (SBN 162380)
ptripodi@sidley.com
THEODORE W. CHANDLER (SBN 219456)
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone:    415-772-1200
Facsimile:    415-772-7400

*Counsel for Plaintiff LG Electronics, Inc.*

PLAINTIFF LG ELECTRONICS, INC.'S CERTIFICATION PURSUANT TO CIVIL L.R. 3-16