AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LG Electronics, Inc.     Plaintiff | ) ) ) |
| v. | )    Civil Action No. CV 08 3407 JL |
| Quanta Computer, Inc. and Quanta Computer USA, Inc.     Defendant | ) ) ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
    Quanta Computer USA, Inc.
    Alan Pak Lim Lam, Agent for Service of Process
    751 Valencia Drive
    Milpitas, CA 95035

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Peter H. Kang
Theodore W. Chandler
Sidley Austin LLP
555 California Street, 20th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

Name of clerk of court

Date: JUL 1 6 2008      *[signature]*

American LegalNet, Inc.
www.FormsWorkflow.com

PETER H. KANG (SBN 158101)
SIDLEY AUSTIN LLP
555 California Street, Suite 5000
San Francisco, CA 94104
Telephone: (415) 772-1200
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : LG ELECTRONICS, INC.

Defendant : QUANTA COMPUTER, INC.

Ref#: 239857          *    **PROOF OF SERVICE**    *    Case No.: CV 08-3407 JL

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; PLAINTIFF LG ELECTRONICS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT; PLAINTIFF LG ELECTRONICS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16; PUBLIC NOTICE; ORDER SETTING INTITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; PLAINTIFF LGE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12; [PROPOSED] ORDER RELATING CASES

in the within action by personally delivering true copies thereof to the person named below, as follows:

          Party served        :  QUANTA COMPUTER USA, INC.

          By serving          :  Lily Ip, Authorized Agent

          Address             :  (Business)
                                 45630 Northport Loop East
                                 Fremont, CA

          Date of Service:  July 17, 2008

          Time of Service:  2:30 PM

Person who served papers:
ERNEST B. FOXMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $381.40
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 786
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 17, 2008                           Signature_____