DAVID T. PRITIKIN (*PRO HAC VICE PENDING*)
dpritikin@sidley.com
PETER H. KANG (SBN 158101)
pkang@sidley.com
PAUL D. TRIPODI II (SBN 162380)
ptripodi@sidley.com
THEODORE W. CHANDLER (SBN 219456)
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone:   415-772-1200
Facsimile:     415-772-7400

Attorneys for Plaintiff
LG Electronics, Inc.

FILED
08 JUL 17 PM 4:28
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC., <br><br> QUANTA COMPUTER, INC., and QUANTA COMPUTER USA, INC. <br><br>  Defendants. | Case No:   4:07 CV 6511 CW <br><br> Proposed Related <br> Case No:   3:08 CV 03407 JL <br><br> **PLAINTIFF LGE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

---

PLAINTIFF LGE'S ADMIN. MOTION RE RELATING CASES PURSUANT TO CIVIL L.R. 3-12
CASE NOS. 4:07 CV 6511 CW and 3:08 CV 03407

1    Pursuant to Civil L.R. 3-12 and Civil L.R. 7-11, Plaintiff LG Electronics, Inc. ("LGE"), files
2    this administrative motion asking the Court to consider whether *LG Electronics, Inc. v. Quanta
3    Computer, Inc., et al.*, No. 3:08-CV-03407 ( "the recently-filed case") should be related to *LG
4    Electronics, Inc. v. Hitachi, Ltd., et al.*, No. 4:07-CV-6511 ("the Hitachi case").

5    The recently-filed case appears to be related to the Hitachi case under Civil L.R. 3-12. First,
6    the two actions "concern substantially the same parties, property, transaction or event." Civil L.R. 3-
7    12(a). In both matters, LGE is the plaintiff and alleges infringement of U.S. Patent No. 4,918,645
8    ("the '645 patent"). Also for both matters, the technology at issue with respect to the '645 patent is
9    very similar, and involves integrated circuits conforming to the same industry specifications.

10   Second, it "appears likely that there will be an unduly burdensome duplication of labor and
11   expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).
12   The Court has already construed the claims of the '645 patent, and is familiar with at least some of
13   the technology of the accused devices as it relates to the '645 patent. If the recently-filed case is
14   conducted before a different Judge, that Judge will likely have to duplicate effort in understanding
15   the '645 patent, construing its claims, and understanding the technology of the accused devices.
16   Because allegations of infringement of the '645 patent were only recently added to the Hitachi case,
17   both cases are still in their early stages, and largely on the same procedural footing. Whether
18   through relation of the cases, or through formal consolidation of the cases, the Court has the
19   opportunity to avoid duplication of labor, expense, and conflicting results.

20   For the foregoing reasons, and pursuant to Civil L.R. 3-12, LGE respectfully requests that the
21   Court find *LG Electronics, Inc. v. Quanta Computer, Inc., et al.*, No. 3:08-CV-03407 relates to *LG
22   Electronics, Inc. v. Hitachi, Ltd., et al.*, No. 4:07-CV-6511.

Dated: July 17, 2008
SIDLEY AUSTIN LLP

/s/ Peter H. Kang
PETER H. KANG (SBN 158101)
pkang@sidley.com

DAVID T. PRITIKIN (*PRO HAC VICE PENDING*)
dpritikin@sidley.com
PETER H. KANG (SBN 158101)
pkang@sidley.com
PAUL D. TRIPODI (SBN 162380)
ptripodi@sidley.com
THEODORE W. CHANDLER (SBN 219456)
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: 415-772-1200
Facsimile: 415-772-7400

***Counsel for Plaintiff LG Electronics, Inc.***

-2-

PLAINTIFF LGE'S ADMIN. MOTION RE RELATING CASES PURSUANT TO CIVIL L.R. 3-12
CASE NOS. 4:07 CV 6511 CW and 3:08 CV 03407

# CERTIFICATE OF SERVICE

The undersigned certifies that **PLAINTIFF LGE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** was filed electronically, and pursuant to Civil L.R. 5-5 and 5-6, was served on all interested parties in this action. The above document was served to registered ECF recipients via electronic service on July 17, 2008. The above document was also served to other interested parties as follows:

Alan Pak-Lim Lam
QUANTA COMPUTER USA, Inc.
45630 Northport Loop East
Fremont, California, 94538

☒ (VIA HAND DELIVERY) I caused the foregoing document(s) to be delivered by hand to the addressee shown above at the address shown above on July 17, 2008.

Barry Lam
QUANTA COMPUTER, Inc.
No. 211 Wen Hwa 2nd Rd.
Kuei Shan Hsiang, Tao Yuan Shien
Taiwan, R.O.C.

☒ (VIA FEDERAL EXPRESS) I caused the foregoing document(s) to be sent by Federal Express for priority overnight delivery. The above-mentioned document(s) would have been deposited with Federal Express on July 17, 2008 with all charges paid.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2008

SIDLEY AUSTIN LLP

By: /s/ Peter H. Kang
Peter H. Kang
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: 415-772-1200
Facsimile: 415-772-7400