| Clerk's Use Only |
|---|
| Initial for fee pd.: |

David T. Pritikin
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
312-853-7000

FILED
08 JUL 24 AM 11: 22

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LG ELECTRONICS, INC.

        Plaintiff(s),

v.

QUANTA COMPUTER, INC., and
QUANTA COMPUTER USA, INC.

        Defendant(s).

CASE NO. 3:08 CV 03407 JL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, David T. Pritikin, an active member in good standing of the bar of The Supreme Court of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing LG ELECTRONICS, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Peter H. Kang, SIDLEY AUSTIN LLP, 555 California Street, Suite 2000, San Francisco, CA 94104-1715, 415-772-1200.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/19/08

_____
David T. Pritikin