FILED
JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

E-filing

LG ELECTRONICS, INC.

CASE NO. 3:08 CV 03407 JL

Plaintiff(s),
v.

QUANTA COMPUTER, INC., and
QUANTA COMPUTER USA, INC.

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David T. Pritikin, an active member in good standing of the bar of The Supreme Court of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

SIDLEY AUSTIN LLP, One South Dearborn, Chicago, Illinois 60603, 312-853-7000.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing LG ELECTRONICS, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-25-08

_____
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California