AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

LG Electronics, Inc. )
_____ )
Plaintiff )
v. ) Civil Action No. CV 08 3407 JL (CW)
Quanta Computer, Inc. and Quanta Computer USA, Inc. )
_____ )
Defendant )

## Summons in a Civil Action

To: *(Defendant's name and address)*

Quanta Computer, Inc.
No. 211 Wen Hwa, 2nd Rd.
Kuei Shan Hsiang, Tao Yuan Shien.
Taiwan, R.O.C.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Peter H. Kang
Sidley Austin LLP
555 California Street, 20th Floor
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
_____
Name of clerk of court

Date: JUL 29 2008
_____
Deputy clerk's signature

ORIGINAL

*(Use 60 days if the defendant is the United States or* ... *or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

SFI 1506553v.1