| | |
|---|---|
| 1  TERRY D. GARNETT (SB# 151212)<br>terrygarnett@paulhastings.com<br>2  VINCENT K. YIP (SB# 170665)<br>vincentyip@paulhastings.com<br>3  PETER J. WIED (SB# 198475)<br>peterwied@paulhastings.com<br>4  DANIEL PRINCE (SB# 237112)<br>danielprince@paulhastings.com<br>5  PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>6  515 South Flower Street<br>Twenty-Fifth Floor<br>7  Los Angeles, CA  90071-2228<br>Telephone:  (213) 683-6000<br>8  Facsimile:  (213) 627-0705<br><br>9  Attorneys for Defendants<br>QUANTA COMPUTER INC., and<br>10  QUANTA COMPUTER USA, INC. | DAVID T. PRITIKIN (Pro Hac Vice)<br>dpritikin@sidley.com<br>PETER H. KANG (SB# 158101)<br>pkang@sidley.com<br>PAUL D. TRIPODI II (SB# 162380)<br>ptripodi@sidley.com<br>THEODORE W. CHANDLER (SB# 219456)<br>tchandler@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA  94104-1715<br>Telephone:  (415) 772-1200<br>Facsimile:  (415) 772-7400<br><br><br>Attorneys for Plaintiff<br>LG ELECTRONICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC.,<br><br>            Defendants.<br>_____<br>LG ELECTRONICS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>QUANTA COMPUTER INC. and QUANTA COMPUTER USA, INC.,<br><br>            Defendants. | CONSOLIDATED CASE NOS. C-07-06511-CW AND C-O8-03407-JL<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**<br><br><br>Date:<br>Time:<br>Ctrm:      2<br>Judge:     Honorable Claudia Wilken |

Case No. C-08-03407-JL

STIPULATION FOR EXTENSION OF TIME

**STIPULATION**

Plaintiff LG Electronics, Inc. ("LGE") and Defendants Quanta Computer Inc. ("QCI") and Quanta Computer USA, Inc. ("QCA"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on or about July 15, 2008, LGE filed with the Court its Complaint (Case No. C-08-03407-JL) against QCI and QCA, alleging patent infringement;

WHEREAS, on or about July 17, 2008, LGE served the Complaint and Summons on QCA;

WHEREAS, QCI's counsel agreed to accept service of the Complaint on behalf of QCI;

WHEREAS, on or about July 31, 2008, LGE provided counsel for QCI with a copy of the Complaint against QCI;

THEREFORE, pursuant to the parties' agreement, QCI and QCA shall respond to LGE's Complaint no later than September 22, 2008.

DATED: August 7, 2008

TERRY D. GARNETT
VINCENT K. YIP
PETER J. WIED
DANIEL PRINCE
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:/s/ Daniel Prince
    DANIEL PRINCE

Attorneys for Defendants
QUANTA COMPUTER INC. and QUANTA COMPUTER USA, INC.

DATED: August 7, 2008

DAVID T. PRITIKIN
PETER H. KANG
PAUL D. TRIPODI II
THEODORE W. CHANDLER
SIDLEY AUSTIN LLP

By:/s/ Paul D. Tripodi II
    PAUL D. TRIPODI II

Attorneys for Plaintiff
LG ELECTRONICS, INC.

1 **ORDER**

2    Pursuant to the parties' Stipulation, Defendants Quanta Computer Inc. ("QCI")

3 and Quanta Computer USA, Inc. ("QCA") shall respond to Plaintiff LG Electronics, Inc.'s

4 ("LGE") Complaint no later than September 22, 2008.  IT IS SO ORDERED.

5

6 DATED:  August __, 2008          By: _____
                                    UNITED STATES DISTRICT JUDGE
7

| | |
|---|---|
| 1 | TERRY D. GARNETT (SB# 151212) |
| | terrygarnett@paulhastings.com |
| 2 | VINCENT K. YIP (SB# 170665) |
| | vincentyip@paulhastings.com |
| 3 | PETER J. WIED (SB# 198475) |
| | peterwied@paulhastings.com |
| 4 | DANIEL PRINCE (SB# 237112) |
| | danielprince@paulhastings.com |
| 5 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 515 South Flower Street |
| 6 | Twenty-Fifth Floor |
| | Los Angeles, CA  90071-2228 |
| 7 | Telephone:  (213) 683-6000 |
| | Facsimile:  (213) 627-0705 |

Attorneys for Defendants
QUANTA COMPUTER INC., and
QUANTA COMPUTER USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC.,<br><br>            Defendants.<br>_____<br>LG ELECTRONICS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>QUANTA COMPUTER INC. and QUANTA COMPUTER USA, INC.,<br><br>            Defendants. | CONSOLIDATED CASE NOS. C-07-06511-CW AND C-O8-03407-JL<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:<br>Time:<br>Ctrm:    2<br>Judge:   Honorable Claudia Wilken |

Case No. C 01-02187 CW

CERTIFICATE OF SERVICE

1 **CERTIFICATE OF SERVICE**

2

3    It is hereby certified that service of the following document(s) was hereby made on

4 all counsel who have consented to service via CM/ECF, on this 7th day of August, 2008:

5

6 **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

7

8

9    By:/s/ Daniel Prince
       Daniel Prince
10
       Terry D. Garnett
11     Vincent K. Yip
       Peter J. Wied
12     Daniel Prince
       Paul, Hastings, Janofsky & Walker LLP
13     515 S. Flower Street, 25th Floor
       Los Angeles, CA  90071
14     Tel.:  (213) 683-6000
       Fax:  (213) 627-0705
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 01-02187 CW                      -1-                CERTIFICATE OF SERVICE