1  DAVID T. PRITIKIN (*PRO HAC VICE*)
   dpritikin@sidley.com
2  PETER H. KANG (SBN 158101)
   pkang@sidley.com
3  PAUL D. TRIPODI II (SBN 162380)
   ptripodi@sidley.com
4  THEODORE W. CHANDLER (SBN 219456)
   tchandler@sidley.com
5  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
6  San Francisco, CA 94104-1715
   Telephone:   415-772-1200
7  Facsimile:   415-772-7400

8  Attorneys for Plaintiff
   LG Electronics, Inc.
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 | LG ELECTRONICS, INC.,                    ) Case No:    08 CV 03407 CW
                                              )
14 |       Plaintiff,                         )
                                              ) **PROOF OF SERVICE**
15 |   v.                                     )
                                              )
16 |                                          )
   | QUANTA COMPUTER, INC., and               )
17 | QUANTA COMPUTER USA, INC.                )
                                              )
18 |       Defendants.                        )
                                              )
19 |                                          )

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, San Francisco, California 94104.

On August 7, 2008, I served the following document(s) described as:

**CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

on all interested parties in this action as follows (or as on the attached service list):

Terry D. Garnett
Vincent K. Yip
Peter J. Wied
Daniel Prince
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Tel:    (213) 683-6000
Fax:    (213) 996-3247
Email: terrygarnett@paulhastings.com
       vincentyip@paulhastings.com
       peterwied@paulhastings.com
       danielprince@paulhastings.com

☒  (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, San Francisco, California. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

☐  (FACSIMILE) I caused the foregoing document(s) to be served by facsimile transmission from facsimile machine number (415) 772-7400 to the interested party at the facsimile telephone numbers shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2008, at San Francisco, California.

_____
Joan Nielson