1 | TERRY D. GARNETT (SB# 151212)
terrygarnett@paulhastings.com
2 | VINCENT K. YIP (SB# 170665)
vincentyip@paulhastings.com
3 | PETER J. WIED (SB# 198475)
peterwied@paulhastings.com
4 | DANIEL PRINCE (SB# 237112)
danielprince@paulhastings.com
5 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
6 | 515 South Flower Street
Twenty-Fifth Floor
7 | Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
8 | Facsimile: (213) 627-0705

9 | Attorneys for Defendants
QUANTA COMPUTER INC., and
10 | QUANTA COMPUTER USA, INC.

DAVID T. PRITIKIN (Pro Hac Vice)
dpritikin@sidley.com
PETER H. KANG (SB# 158101)
pkang@sidley.com
PAUL D. TRIPODI II (SB# 162380)
ptripodi@sidley.com
THEODORE W. CHANDLER (SB# 219456)
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Plaintiff
LG ELECTRONICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI DATA SYSTEMS CORPORATION, and HITACHI COMPUTER PRODUCTS (AMERICA), INC.,<br><br>　　　　Defendants.<br>_____<br>LG ELECTRONICS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QUANTA COMPUTER INC. and QUANTA COMPUTER USA, INC.,<br><br>　　　　Defendants. | ~~CONSOLIDATED CASE NOS. C-07-06511-CW AND~~ C-O8-03407-~~JL~~ CW<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**<br><br>Date:<br>Time:<br>Ctrm: 2<br>Judge: Honorable Claudia Wilken |

Case No. C-08-03407-JL

STIPULATION FOR EXTENSION OF TIME

**STIPULATION**

Plaintiff LG Electronics, Inc. ("LGE") and Defendants Quanta Computer Inc. ("QCI") and Quanta Computer USA, Inc. ("QCA"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on or about July 15, 2008, LGE filed with the Court its Complaint (Case No. C-08-03407-JL) against QCI and QCA, alleging patent infringement;

WHEREAS, on or about July 17, 2008, LGE served the Complaint and Summons on QCA;

WHEREAS, QCI's counsel agreed to accept service of the Complaint on behalf of QCI;

WHEREAS, on or about July 31, 2008, LGE provided counsel for QCI with a copy of the Complaint against QCI;

THEREFORE, pursuant to the parties' agreement, QCI and QCA shall respond to LGE's Complaint no later than September 22, 2008.

DATED:  August 7, 2008         TERRY D. GARNETT
                               VINCENT K. YIP
                               PETER J. WIED
                               DANIEL PRINCE
                               PAUL, HASTINGS, JANOFSKY & WALKER LLP

                               By:/s/ Daniel Prince
                                   DANIEL PRINCE

                               Attorneys for Defendants
                               QUANTA COMPUTER INC. and QUANTA
                               COMPUTER USA, INC.

DATED:  August 7, 2008         DAVID T. PRITIKIN
                               PETER H. KANG
                               PAUL D. TRIPODI II
                               THEODORE W. CHANDLER
                               SIDLEY AUSTIN LLP

                               By:/s/ Paul D. Tripodi II
                                   PAUL D. TRIPODI II

                               Attorneys for Plaintiff
                               LG ELECTRONICS, INC.

1 **ORDER**

2   Pursuant to the parties' Stipulation, Defendants Quanta Computer Inc. ("QCI")

3 and Quanta Computer USA, Inc. ("QCA") shall respond to Plaintiff LG Electronics, Inc.'s

4 ("LGE") Complaint no later than September 22, 2008.  IT IS SO ORDERED.

5

6 DATED:  August 11, 2008         By:  _____

7                                       UNITED STATES DISTRICT JUDGE