1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAVID T. PRITIKIN (Pro Hac Vice)
dpritikin@sidley.com
PETER H. KANG (SB# 158101)
pkang@sidley.com
PAUL D. TRIPODI II (SB# 162380)
ptripodi@sidley.com
THEODORE W. CHANDLER (SB# 219456)
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104-1715
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

TERRY D. GARNETT (SB# 151212)
terrygarnett@paulhastings.com
VINCENT K. YIP (SB# 170665)
vincentyip@paulhastings.com
PETER J. WIED (SB# 198475)
peterwied@paulhastings.com
DANIEL PRINCE (SB# 237112)
danielprince@paulhastings.com
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Plaintiff
LG ELECTRONICS, INC.

Attorneys for Defendants
QUANTA COMPUTER INC., and
QUANTA COMPUTER USA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

LG ELECTRONICS, INC.,

        Plaintiff,

        v.

QUANTA COMPUTER INC., and
QUANTA COMPUTER USA, INC.

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No:        4:08 CV 3407 CW

**JOINT CASE MANAGEMENT
STATEMENT**

1    Pursuant to the Court's August 6, 2008 Case Management Scheduling Order for Reassigned

2    Civil Case, Plaintiff LG Electronics Inc. ("LGE") and Defendants Quanta Computer, Inc. ("QCI")

3    and Quanta Computer USA, Inc. ("QCA") (collectively "Defendants"), hereby submit the following

4    Joint Case Management Statement regarding this matter.

5    **1.    Jurisdiction and Service**

6    This matter only recently commenced.  On July 15, 2008, LGE filed its complaint against

7    Defendants alleging patent infringement.  LGE served the complaint and summons on QCA on July

8    17, 2008.  Pursuant to the parties' stipulation and the Court's Order of August 11, 2008, QCI's

9    counsel has agreed to accept service of the complaint on behalf of QCI, a foreign entity.  LGE has

10   provided QCI's counsel with a copy of the complaint and, as set forth in the parties' stipulation,

11   Defendants have until September 22, 2008 to respond to LGE's complaint.

12   LGE contends that the Court has subject matter jurisdiction over all claims pursuant to 28

13   U.S.C. §§1331 and 1338.  LGE further contends that the Court has personal jurisdiction over

14   Defendants, and that venue is proper is this Judicial District pursuant to 28 U.S.C. §§ 1391(b),

15   1391(c), and 1400(b).  Because the Defendants have yet to respond to LGE's complaint, they reserve

16   the right to assert all available defenses.  All named parties have been served or have accepted

17   service of process.

18   **2.    Facts**

19   This is an action for patent infringement brought by LGE against Defendants QCI and QCA.

20   On July 15, 2008 LGE filed its complaint in the Northern District of California asserting that

21   Defendants infringed, contributed to the infringement of, or have induced others to infringe, U.S.

22   Patent No. 4,918,645 ("the Patent-In-Suit").  LGE previously asserted the Patent-in-Suit (the '645

23   Patent) against Defendants in *LG Electronics, Inc. v. Q-Lity Computer, Inc., et al.,* U.S. District

24   Court, Northern District of California, Case No. 01-02187-CW.

25   By Order dated February 6, 2003, the Court found that LGE could not pursue infringement of

26   its apparatus claims as to Quanta products using licensed Intel components on the ground of patent

27   exhaustion.  That ruling was appealed, and in June 2008, the United States Supreme Court affirmed

28   that LGE's patent rights with respect to Intel-based products had been exhausted as to both apparatus

-1-

1   and method claims. *See Quanta Computer, Inc. v. LG Electronics, Inc.*, No. 06-937, slip op. at 19

2   (June 9, 2008) ("Intel's authorized sale to Quanta thus took its products outside the scope of the

3   patent monopoly, and as a result, LGE can no longer assert its patent rights against Quanta.").  By

4   Orders dated November 30, 2004, and January 19, 2005, the Court held that Defendants' products

5   did not infringe the '645 Patent.  LGE appealed the District Court's entry of judgment in favor of

6   Defendants to the United States Court of Appeals for the Federal Circuit.  Following remand from

7   the Federal Circuit, LGE dismissed all claims of infringement of the '645 Patent with prejudice as to

8   the products at issue in the litigation, and without prejudice as to later products.  The '645 Patent

9   expired on September 17, 2007.  Defendants contend that to the extent LGE alleges infringement of

10  Quanta products using licensed Intel components, the recent Supreme Court decision affirms that

11  LGE's patent rights with respect to Intel-based products have been exhausted as to both apparatus

12  and method claims, and that any such claims are barred by principles of res judicata.

13          LGE contends that the accused Information Handling Systems of the present case do not

14  include the products at issue in *LG Electronics, Inc. v. Q-Lity Computer, Inc., et al.,* which were the

15  subject of the Court's May 30, 2007 Order Granting Stipulation of Dismissal of Claims and

16  Counterclaims Related to U.S. Patent Nos. 4,918,645 and 5,892,509.  LGE further contends that

17  because Intel's sales to Quanta may constitute foreign sales, the patent exhaustion issue is yet to be

18  resolved.

19          **3.**      **Legal Issues**

20          a.       LGE asserts that Defendants directly or indirectly infringed the claim(s) of the Patent-

21                   in-Suit in violation of 35 U.S.C. § 271.

22          b.       LGE seeks money damages arising out of the alleged infringement of the Patent-in-

23                   Suit.

24          c.       Defendants dispute that they infringed the Patent-in-Suit and that LGE is entitled to

25                   damages, but because the Defendants have yet to respond to LGE's complaint,

26                   Defendants reserve the right to assert all available defenses.

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO.  4:08 CV 3407 CW

**4.    Motions**

No motions are pending, and due to the early stage of this lawsuit, it is difficult to estimate which motions may be anticipated in the future.  Defendants believe that they may file a motion to dismiss, however, on the ground of patent exhaustion and res judicata with respect to Defendants' products that use licensed Intel components.

**5.    Amendment of the Pleadings**

Based on the information now available, the parties do not currently anticipate amending their claims or defenses, but reserve the right to do so – subject to leave of Court if required – if further information indicates that amendment would be appropriate.

**6.    Evidence Preservation**

The parties have taken steps to preserve evidence relevant to the issues reasonably related to this action.

**7.    Disclosures**

Pursuant to the July 15, 2008 Order setting initial case management conference and ADR deadlines, the parties intend to serve their initial disclosures under Fed. R. Civ. P. 26(a)(1) by October 15, 2008.

**8.    Discovery**

No discovery has been taken to date.  This matter only recently commenced, and the Defendants have until September 22, 2008 to respond to LGE's complaint.  LGE anticipates that modifications to the limitations on discovery are desirable, and will submit jointly with Defendants a proposed discovery plan in the subsequent Case Management Statement and Rule 26(f) Report, both of which are due on October 15, 2008.

**9.    Class Action**

Not applicable.

**10.    Related Cases**

Pursuant to this Court's Order, this case has been related to *LG Electronics, Inc., v. Hitachi, Ltd., et al.,* Civ. Action No. C 07-06511 CW.

**11.    Relief**

LGE seeks monetary damages (in an amount sufficient to compensate for the alleged infringement of the Patent-in-Suit and in no event less than a reasonable royalty), that the damages be trebled, interest and costs, attorneys' fees and injunctive relief.  Defendants have not yet responded to LGE's complaint but hereby reserve the right to seek relief from LGE, pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927, if appropriate.

**12.    Settlement and ADR**

The parties have yet to meet and confer regarding ADR, but will do so and submit the required Certifications and a Stipulation or Notice by the October 1, 2008 deadline set by the Court.

**13.    Consent to Magistrate Judge for All Purposes**

In light of the Court's Related Case Order, this is not applicable.

**14.    Other References**

With the exception of the information contained in section 12, above, the parties have no further information regarding ADR process or deadlines at this time. The parties do not believe that this case is suitable for reference to arbitration, a special master or the Judicial Panel on Multidistrict Litigation.

**15.    Narrowing of Issues**

The parties have not yet identified any issues that may be narrowed by agreement or motion.

**16.    Expedited Schedule**

The parties do not believe that this case may be handled on an expedited basis.

**17.    Scheduling**

This matter only recently commenced, and the Defendants have until September 22, 2008 to respond to LGE's complaint.  The parties have yet to agree upon a proposed schedule but will submit a proposed schedule in the subsequent Case Management Statement due October 15, 2008.

**18.    Trial**

LGE has requested a jury trial.  The Defendants have not yet had the opportunity to respond to LGE's complaint.  The parties have yet to determine an expected length of the trial, but will

1  submit an expected trial length in the subsequent Case Management Statement which is due on

2  October 15, 2008.

3  **19.    Disclosure of Non-party Interested Entities or Persons**

4  LGE has filed the "Certificate of Interested Entities or Person" as required by Civil Local

5  Rule 3-16.  Defendants have not yet had the opportunity to answer LGE's complaint, but will, if

6  needed, file the "Certificate of Interested Entities or Person" as required by Civil Local Rule 3-16 no

7  later than September 22, 2008.

8  **20.    Other**

9  The Parties are not aware of any other matters that would facilitate the disposition of this

10  matter.

11

12  Respectfully submitted,

13  Dated: August 14, 2008                    Dated: August 14, 2008

14

15  By:  /s/ Peter H. Kang                    By:  /s/ Terry D. Garnett
    DAVID T. PRITIKIN (Pro Hac Vice)          TERRY D. GARNETT (SB# 151212)
16  dpritikin@sidley.com                      terrygarnett@paulhastings.com
    PETER H. KANG (SB# 158101)                VINCENT K. YIP (SB# 170665)
17  pkang@sidley.com                          vincentyip@paulhastings.com
    PAUL D. TRIPODI II (SB# 162380)           PETER J. WIED (SB# 198475)
18  ptripodi@sidley.com                       peterwied@paulhastings.com
    THEODORE W. CHANDLER (SB#                 DANIEL PRINCE (SB# 237112)
19  219456)                                   danielprince@paulhastings.com
    tchandler@sidley.com                      PAUL, HASTINGS, JANOFSKY &
20  SIDLEY AUSTIN LLP                         WALKER LLP
    555 California Street, Suite 2000         515 South Flower Street
21  San Francisco, CA  94104-1715             Twenty-Fifth Floor
    Telephone:  (415) 772-1200                Los Angeles, CA  90071-2228
22  Facsimile:  (415) 772-7400                Telephone:  (213) 683-6000
                                              Facsimile:  (213) 627-0705
23
    Attorneys for Plaintiff                   Attorneys for Defendants
24  LG ELECTRONICS, INC.                      QUANTA COMPUTER INC., and
                                              QUANTA COMPUTER USA, INC
25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO.  4:08 CV 3407 CW

1

## SIGNATURE ATTESTATION

2

3          I am the ECF User whose identification and password are being used to file the foregoing

4    **JOINT CASE MANAGEMENT STATEMENT**.  In compliance with General Order 45.X.B., I

5    hereby attest that the other signatory has concurred in this filing.

6

7    Dated:  August 14, 2008                              SIDLEY AUSTIN LLP

8                                                          By:  /s/ Peter H. Kang
                                                                Peter H. Kang
9                                                               SIDLEY AUSTIN LLP
                                                                555 California Street, Suite 2000
10                                                              San Francisco, CA  94104-1715
                                                                Telephone:  415-772-1200
11                                                              Facsimile:  415-772-7400

12                                                         Attorneys for Plaintiff LG Electronics, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO.  4:08 CV 3407 CW

1

2

**CERTIFICATE OF SERVICE**

3

        The undersigned certifies that the **JOINT CASE MANAGEMENT STATEMENT** was

4

filed electronically, and pursuant to Civil L.R. 5-5 and 5-6, was served on all interested parties in

5

this action (the above documents were served to registered ECF recipients via electronic service) on

6

August 14, 2008.

7

8

Dated:  August 14, 2008                    SIDLEY AUSTIN LLP

9

                                            By:  /s/ Peter H. Kang

10

                                            Peter H. Kang
                                            SIDLEY AUSTIN LLP

11

                                            555 California Street, Suite 2000
                                            San Francisco, CA  94104-1715

12

                                            Telephone:  415-772-1200
                                            Facsimile:  415-772-7400

13

                                            Attorneys for Plaintiff LG Electronics, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO.  4:08 CV 3407 CW