**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LG ELECTRONICS INC.,

    Plaintiff,

  v.

QUANTA COMPUTER, INC. ET AL,

    Defendant.
_____/

No. C 08-03407 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for August 21, 2008, is continued to **September 4, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 8/19/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk