# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| LG Electronics Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Quanta Computer, Inc., <br><br> Defendant(s). | 08-03407 CW <br><br> **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California


1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 21, 2008

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

*(signature)*

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-03407 CW                                           -2-

PROOF OF SERVICE

Case Name:      LG Electronics Inc. v. Quanta Computer, Inc.

Case Number:    08-03407 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 21, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> David T. Pritikin
> Sidley Austin  LLP
> 555 California Street
> Suite 2000
> San Francisco, CA 94104
> dpritikin@sidley.com
>
> Peter H. Kang
> Sidley Austin LLP
> 555 California Street
> Suite 2000
> San Francisco, CA 94104
> pkang@sidley.com
>
> Paul David Tripodi II
> Sidley Austin LLP
> 555 W. Fifth St.
> Suite 4000
> Los Angeles, CA 90013
> ptripodi@sidley.com

Theodore Whitley Chandler
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1522
tchandler@sidley.com

Marc Robert Ascolese
Sidley Austin, LLP
555 California St.
Suite 2000
San Francisco, CA 94104
mascolese@sidley.com

Daniel Prince
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street
Los Angeles, CA 90071
danielprince@paulhastings.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 21, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Lisa M. Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov