| | |
|---|---|
| DAVID T. PRITIKIN (Pro Hac Vice)<br>dpritikin@sidley.com<br>PETER H. KANG (SB# 158101)<br>pkang@sidley.com<br>PAUL D. TRIPODI II (SB# 162380)<br>ptripodi@sidley.com<br>THEODORE W. CHANDLER (SB# 219456)<br>tchandler@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1715<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>Attorneys for Plaintiff<br>LG ELECTRONICS, INC. | TERRY D. GARNETT (SB# 151212)<br>terrygarnett@paulhastings.com<br>VINCENT K. YIP (SB# 170665)<br>vincentyip@paulhastings.com<br>PETER J. WIED (SB# 198475)<br>peterwied@paulhastings.com<br>DANIEL PRINCE (SB# 237112)<br>danielprince@paulhastings.com<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071-2228<br>Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705<br><br>Attorneys for Defendants<br>QUANTA COMPUTER INC., and<br>QUANTA COMPUTER USA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>QUANTA COMPUTER INC. and<br>QUANTA COMPUTER USA, INC.,<br><br>　　　　　　　Defendants. | CASE NO. C 08-03407 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Date:　No Hearing Set<br>Time:　No Hearing Set<br>Ctrm:　2<br>Judge:　Honorable Claudia Wilken |

Plaintiff LG Electronics Inc. ("LGE") and defendants Quanta Computer Inc. and Quanta Computer USA, Inc. ("Defendants") hereby stipulate as follows:

(1) LGE and Defendants have confidentially settled by agreement all claims in the above-captioned action.

(2) LGE and Defendants hereby agree to the dismissal with prejudice of this action and all claims herein, with each party to bear its own costs, attorneys' fees and other expenses arising from or related to this litigation.

**SO STIPULATED.**

DATED: August 28, 2008

DAVID T. PRITIKIN
PETER H. KANG
PAUL D. TRIPODI II
THEODORE W. CHANDLER.
SIDLEY AUSTIN LLP


By: /s/ Peter H. Kang
    PETER H. KANG

Attorneys for Plaintiff
LG ELECTRONICS INC.

DATED: August 28, 2008

TERRY D. GARNETT
VINCENT K. YIP
PETER J. WIED
MAXWELL A. FOX
DANIEL PRINCE
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: /s/ Terry D. Garnett
    TERRY D. GARNETT

Attorneys for Defendants
QUANTA COMPUTER INC. and QUANTA COMPUTER USA, INC.

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Terry Garnett.

DATED:  August 28, 2008          PETER H. KANG
                                 SIDLEY AUSTIN LLP


                                 By: /s/ Peter H. Kang
                                     PETER H. KANG

                                 Attorneys for Plaintiff
                                 LG ELECTRONICS INC.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE** the above-titled action, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: _____          _____
                                 Honorable Claudia Wilken
                                 United States District Judge

Case No. C 08-03407 CW                    2              STIPULATION OF DISMISSAL WITH
                                                         PREJUDICE AND [PROPOSED] ORDER
                                                         THEREON