1  DAVID T. PRITIKIN (Pro Hac Vice)
   dpritikin@sidley.com
2  PETER H. KANG (SB# 158101)
   pkang@sidley.com
3  PAUL D. TRIPODI II (SB# 162380)
   ptripodi@sidley.com
4  THEODORE W. CHANDLER (SB# 219456)
   tchandler@sidley.com
5  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
6  San Francisco, CA  94104-1715
   Telephone:  (415) 772-1200
7  Facsimile:  (415) 772-7400

   TERRY D. GARNETT (SB# 151212)
   terrygarnett@paulhastings.com
   VINCENT K. YIP (SB# 170665)
   vincentyip@paulhastings.com
   PETER J. WIED (SB# 198475)
   peterwied@paulhastings.com
   DANIEL PRINCE (SB# 237112)
   danielprince@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, 25th Floor
   Los Angeles, CA  90071-2228
   Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705

8
   Attorneys for Plaintiff
9  LG ELECTRONICS, INC.

   Attorneys for Defendants
   QUANTA COMPUTER INC., and
   QUANTA COMPUTER USA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| LG ELECTRONICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> QUANTA COMPUTER INC. and QUANTA COMPUTER USA, INC., <br><br> Defendants. | CASE NO. C 08-03407 CW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** <br><br> Date: No Hearing Set <br> Time: No Hearing Set <br> Ctrm: 2 <br> Judge: Honorable Claudia Wilken |

Case No. C 08-03407 CW

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON

1    Plaintiff LG Electronics Inc. ("LGE") and defendants Quanta Computer Inc. and Quanta
2 Computer USA, Inc. ("Defendants") hereby stipulate as follows:
3    (1)    LGE and Defendants have confidentially settled by agreement all claims in the
4 above-captioned action.
5    (2)    LGE and Defendants hereby agree to the dismissal with prejudice of this action
6 and all claims herein, with each party to bear its own costs, attorneys' fees and other expenses
7 arising from or related to this litigation.
8    **SO STIPULATED.**

DATED: August 28, 2008          DAVID T. PRITIKIN
                                PETER H. KANG
                                PAUL D. TRIPODI II
                                THEODORE W. CHANDLER.
                                SIDLEY AUSTIN LLP


                                By: /s/ Peter H. Kang
                                    PETER H. KANG

                                Attorneys for Plaintiff
                                LG ELECTRONICS INC.

DATED: August 28, 2008          TERRY D. GARNETT
                                VINCENT K. YIP
                                PETER J. WIED
                                MAXWELL A. FOX
                                DANIEL PRINCE
                                PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                By: /s/ Terry D. Garnett
                                    TERRY D. GARNETT

                                Attorneys for Defendants
                                QUANTA COMPUTER INC. and QUANTA
                                COMPUTER USA, INC.

Case No. C 08-03407 CW                    1          STIPULATION OF DISMISSAL WITH
                                                     PREJUDICE AND [PROPOSED] ORDER
                                                     THEREON

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Terry Garnett.

DATED: August 28, 2008          PETER H. KANG
                                SIDLEY AUSTIN LLP


                                By: /s/ Peter H. Kang
                                      PETER H. KANG

                                Attorneys for Plaintiff
                                LG ELECTRONICS INC.

**ORDER**

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE** the above-titled action, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

8/29/08

DATED: _____        _____
                                Honorable Claudia Wilken
                                United States District Judge

Case No. C 08-03407 CW          2          STIPULATION OF DISMISSAL WITH
                                           PREJUDICE AND [PROPOSED] ORDER
                                           THEREON